April 21, 2006

Mr. J. W. Dyer
J.W. Dyer & Associates
3700 N. Tenth Street, Suite 105
McAllen, TX 78501
Mr. Ricardo J. Navarro
Denton, Navarro, Rocha & Bernal, P.C.
701 East Harrison, Ste. 100
Harlingen, TX 78550

RE: Case Number: 05-0926
 Court of Appeals Number: 13-03-00375-CV
 Trial Court Number: C-1379-03-B

Style: VICTORIA PALMS RESORT, INC.
 v.
 CITY OF DONNA, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above referenced-cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Omar |
| |Guerrero |
| |Ms. Cathy |
| |Wilborn |